*Page 1 of 1*

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**


KELVIN ORLANDO MILES,

      Plaintiff,

v.                                      CASE NO. 1:12cv31-MP-GRJ

L. JACKSON, et al.,

      Defendants

_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 19, 2012. (Doc. 10). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's motion to proceed *in forma pauperis* (doc. 2) is DENIED.

3.     This case is DISMISSED for abuse of the judicial process. Dismissal is without prejudice to plaintiff's right to refile his claims, but will operate as a "strike" pursuant to 28 U.S.C § 1915(g).

**DONE and ORDERED** this 10th day of August, 2012.


*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**